# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE TORRES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK, N.A, et al., and DOES 1 through 50, inclusive <br><br> Defendants. | Case No.: CV 17-9305-DMG (RAOx) <br><br> **ORDER RE DISMISSAL OF ACTION [120]** |

In light of the parties' stipulation dated January 28, 2020 dismissing this case in its entirety based on a settlement of all claims, the above-captioned action is dismissed in its entirety with prejudice, effective February 10, 2020.

IT IS SO ORDERED.

DATED: January 30, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-